UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 1:19-mj-3916-Becerra

**FILED UNDER SEAL**

IN RE SEALED CRIMINAL COMPLAINT.

_____/

**MOTION TO SEAL**

COMES NOW the United States of America, by and through its undersigned attorney, and respectfully requests this motion, criminal complaint, accompanying affidavit, attachments, bond recommendation form, and any resulting order be SEALED until further order of this Court or the arrest of the defendant, excepting the United States Attorney's Office and federal law enforcement, for the reason that the defendant may flee and premature disclosure may result in evidence being destroyed.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
Michael Thakur
Assistant United States Attorney
Court Id. No. A5501474
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9361
Facsimile: (305) 536-4675
Email: michael.thakur@usdoj.gov