UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NO. 1:19-mj-3916-Becerra

**FILED UNDER SEAL**

IN RE SEALED CRIMINAL COMPLAINT
_____/

**SEALED ORDER**

The United States of America, having applied to this Court for an order sealing the motion, criminal complaint, affidavit, attachments, bond recommendation form, and order, and the Court finding good cause:

IT IS HEREBY ORDERED that this motion, criminal complaint, motion, criminal complaint, affidavit, attachments, bond recommendation form, and this order shall be filed under seal until further order of this Court or the arrest of the defendant. However, the United States Attorney's Office may obtain copies of any sealed document for any other necessary cause.

DONE AND ORDERED in chambers at Miami, Florida, this 21 day of November 2019.

_____
HONORABLE JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: Michael Thakur, Assistant United States Attorney