UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 19-3916-MJ-BECERRA   (SEALED)

UNITED STATES OF AMERICA,
       Plaintiff,

V.

SALMAN RASHID,
       Defendant(s).
_____/

### ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 11/25/2019

_____
Chris M. McAliley
**UNITED STATES MAGISTRATE JUDGE**