# MINUTE ORDER

Page 1

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor    Date: 11/25/2019   Time: 1:30 p.m.

Defendant: SALMAN RASHID    J#: 18487-104    Case #: 19-3916-MJ-BECERRA SEALED
AUSA: Michael Thakur    Attorney: AFPD - J. Padilla
Violation: SOLICITATION TO COMMIT A CRIME OF VIOLENCE    Surr/Arrest Date: 11/22/2019    YOB: 1996
    Brady Hummel
Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
- Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
D/advised
D/sworn
Appt AFPD
Cont'g PSD

Case unsealed.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
(PTD)/Bond Hearing: 11/27/19  10 AM
(Prelim/Arraign) or Removal: 12/9/19  10 AM
Status Conference RE:
D.A.R. 13:41:27    Time in Court: 8

s/Chris M. McAliley    Magistrate Judge