# COURT MINUTES

## Magistrate Judge Chris M. McAliley

Atkins Building Courthouse - 6th Floor     Date: 11/27/19     Time: 10:00 a.m.

Defendant: Salman Rashid     J#: 18487-104     Case #: 19-3916-BECERRA
AUSA: Randy Hummel     Attorney: AFPD — A. Harris
Violation: Solicitation to Commit A Crime of Violence
Proceeding: Pretrial Detention     CJA Appt:
Bond/PTD Held: ☐ Yes  ☒ No     Recommended Bond:
Bond Set at:     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Prel/Arr 12/9*

Stip. Pretrial detention w/ right to revisit.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE     Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:21:31     Time in Court: 3